672

## Sophie Caplan, Appellee, v. Gaytime Dress Shops, Inc., Appellant.

### Gen. No. 41,567.

opinion filed June 25, 1941. Harold A. Fein, for appellant; Lydia B. Levinson, of counsel; Cavanaugh, Higgins, Dunleavy & Savage, for appellee; Hugh R. Savage and John L. Cella, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."

## Chicago Truck Leasing Company, Appellant, v. Gebhardt Chili Powder Company, Appellee.

### Gen. No. 41,668.

opinion filed June 25, 1941. Winston & Mayer and W. F. Mayer, for appellant; Woodward & Tottenhoff, for appellee; Joseph R. Tottenhoff, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."